**IN THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
|     Melissa M Ragano | ) | |
| | ) | Case No. 26-00268 |
| | ) | |
|     Debtors | ) | Judge Daniel R. Fine |

**NOTICE OF MOTION**

TO: Trustee, Thomas H Hooper, via electronic court notification;
See attached Service List, served via U.S. Mail.

    PLEASE TAKE NOTICE that **on January 29, 2026 at 9:30 A.M.,** I will appear before the Honorable Daniel R Fine, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the Motion to Extend the Automatic Stay, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using as telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.**

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941. **No passcode is required**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                  /s/ David H. Cutler

**CERTIFICATE OF SERVICE**

I, David Cutler, certify that I served a copy of this notice and the attached motion on the Chapter 13 Trustee and US Trustee via electronic Court notice, and on each entity shown on the attached Service List at the address listed on the list via first class US mail, proper postage prepaid on January 22, 2026.

                                                  /s/ David H. Cutler
                                                          Attorney at Law
                                                 Cutler & Associates, Ltd.
                                         4131 Main St., Skokie, IL 60076
                                                   Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 26-00268 |
| Melissa M Ragano | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Daniel R. Fine |

## MOTION TO EXTEND STAY

NOW COMES the Debtor, Melissa M Ragano, by and through her attorneys, the law office of CUTLER & ASSOCIATES, LTD., and in support of her Motion, states as follows:

1) The Court has jurisdiction over the proceeding pursuant to 28 USC 1334 and the is a "core proceeding" under 28 USC 157(b)(2).

2) The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 8, 2026.

3) The Debtor has proposed a plan that will repay 10% to the general unsecured creditors with a payment of $301 for 60 months.

4) The Debtor had a prior Chapter 13 case, that was dismissed on December 18, 2025 Case No: 23-14279, within a year of filing, due to the Trustee's motion to dismiss for failure to make plan payments.

5) In the prior case, Debtor unexpectedly lost her job and was not able to maintain her plan payments and her living expenses.

6) In the prior case, Debtor's rent increased and without her income from work she was facing challenges affording the rent increase, her basic living expenses and her plan payment.

2

7) In the instant case, Debtor has obtained new employment and is determined to have a successful case. She can afford her plan payments, increased rent and living expenses on her new income and the newly budgeted plan.

8) In the instant case, Debtor has had a positive change in circumstances, she has new employment, and with the new stable income she can afford her plan payment, increased rent and living expenses. Debtor can afford to make her monthly payment to the Trustee in a feasible plan and she fully intends to complete her plan of reorganization.

9) Debtor has provided this Honorable Court with an affidavit of change and income and expense schedules, see the attached Affidavit and schedules I and J from her previous chapter 13 bankruptcy case, and the schedules I and J from her current chapter 13 bankruptcy case. See Affidavit and Exhibits A and B respectively.

WHEREFORE, the Debtor prays that this the Honorable Court enter an Order Extending the Automatic Stay, and for such further relief that the Honorable Court may deem just and proper.

Dated: 1/22/26                                      Respectfully Submitted,

By:   */s/ David H. Cutler*
      David H. Cutler, esq.,
      Counsel for Debtor(s)
      Cutler & Associates, Ltd.
      4131 Main St, Skokie, IL 60076
      Phone: (847) 673-8600